UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                    10-mj-20
Computer servers at GoDaddy,
a web hosting, and email provider,
headquartered at 14455 N. Hayden Road,
Suite 219, Scottsdale, AZ 85260

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an Order precluding GoDaddy from notifying any person of the existence of the Search Warrant pertaining the web site **ftp.shopings.info**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that GoDaddy shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

March 19, 2010

James R. Muirhead
United States magistrate Judge