```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

In the Matter of the Application
for a Search Warrant for computer
servers at GoDaddy, a web hosting,   Criminal No. 10-mj-20-LM
and email provider, headquartered    UNDER SEAL - LEVEL 1
at 14455 N. Hayden Road, Suite 219,
Scottsdale, AZ 85260

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The court, having considered the Motion filed by the government seeking an extension of the order precluding GoDaddy from notifying any person of the existence of the Search Warrant pertaining to the web site ftp.shopings.info, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that GoDaddy shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days from the date of this order.

SO ORDERED.

_____
Landya B. McCafferty
U.S. Magistrate Judge

July 16, 2010